UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ARTHUR GARDUNO,

        Defendant.

Case: 2:21-cr-20341
Judge: Borman, Paul D.
MJ: Patti, Anthony P.
Filed: 05-19-2021 At 09:37 AM
INDI USA V. GARDUNO (DA)

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**FELON IN POSSESSION OF A FIREARM**
**(18 U.S.C. § 922(g)(1))**

On or about February 14, 2020, in the Eastern District of Michigan, ARTHUR GARDUNO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a Taurus, Model PT738, .380 caliber, semi-automatic pistol, and the firearm was in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
## FELON IN POSSESSION OF A FIREARM
## (18 U.S.C. § 922(g)(1))

On or about May 4, 2021, in the Eastern District of Michigan, ARTHUR GARDUNO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a Hi-Point .380 caliber semi-automatic pistol, and the firearm was in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION - FIREARM AND AMMUNITION
## (18 U.S.C. § 924(d)(1))

The allegations contained in counts one and two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1). Upon conviction of the offense charged in counts one and/or two, ARTHUR GARDUNO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offenses including a Taurus,

Model PT738, .380 caliber, semi-automatic pistol and/or a Hi-Point .380 caliber semi-automatic pistol.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN COATS
Chief, Major Crimes Unit
Assistant United States Attorney


*s/Christopher W. Rawsthorne*
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9160
Christopher.Rawsthorne@usdoj.gov
P84401

Dated: May 19, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 2:21-cr-20341<br>Judge: Borman, Paul D.<br>MJ: Patti, Anthony P.<br>Filed: 05-19-2021 At 09:37 AM<br>INDI USA V. GARDUNO (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

### Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Companion Case Number: |
|---|---|
| ☐ Yes   ☒ No | Judge Assigned:<br>AUSA's Initials: _CwR_ |

**Case Title:** USA v. ARTHUR GARDUNO

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

```
____Indictment/____Information ---  no prior complaint.
 ✓ Indictment/____Information ---  based upon prior complaint [Case number: 21-mj-30206   ]
____Indictment/____Information ---  based upon LCrR 57.10 (d) [Complete Superseding section below].
```

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

---

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 19, 2021
Date

Christopher W. Rawsthorne
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9160
Fax:    (313) 226-2372
E-Mail address: christopher.rawsthorne@usdoj.gov
Attorney Bar #: P84401

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.